Bernard G. LUCERO, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 83SC351.

Supreme Court of Colorado,
En Banc.

Oct. 17, 1985.

ORDER OF COURT

Upon consideration of the record on appeal and briefs filed herein, and having heard the oral arguments of counsel,

IT IS ORDERED that the Writ of Certiorari previously issued is hereby DISMISSED as improvidently granted.

BAYLY, MARTIN & FAY, INC., a Colorado corporation, and Norman Sterling, Jr., individually, Petitioners,

v.

PETE'S SATIRE, INC., a Colorado corporation, d/b/a the Satire Lounge, Pete Contos, an individual, and Commercial Union Insurance Company, a Massachusetts corporation, Respondents.

No. 85SC164.

Supreme Court of Colorado.

Oct. 21, 1985.

SUMMARY OF ISSUE:

Whether, in a case based on negligent failure of an insurance agent to obtain coverage, the "insured" or the agent has the burden of proving that insurance was available to cover the specific risk to which the "insured" is exposed in an underlying lawsuit.

DENIED AS TO ALL OTHER ISSUES.